UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEYLA M. TABER, | No. 2:18-cv-1795 KJM KJN |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DITECH FINANCIAL, LLC, et al., | |
| Defendants. | |

On August 23, 2018, the assigned District Judge referred this matter to the undersigned for a settlement conference. (ECF No. 11.) On September 17, 2018, September 27, 2018, and October 3, 2018, the undersigned held informal telephonic settlement conferences with counsel for the parties. (ECF Nos. 17, 19, 20.) A central focus of those discussions was defendant's ability and willingness to stay the October 9, 2018 foreclosure sale of plaintiff's home. Counsel for defendant has been unable to provide an answer. An in-person hearing is, therefore, necessary to address this and other related issues.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Leyla Taber, plaintiff's counsel, defendant Ditech Financial LLC, and defendant's counsel <u>shall appear in person</u> on **Friday, October 5, 2018,** at **1:30 p.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

1

2. The parties are cautioned that the failure to appear at the October 5, 2018 hearing may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

Dated: October 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\taber1795.stat.conf.hrg