UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEYLA M. TABER,<br><br>    Plaintiff,<br><br>    v.<br><br>DITECH FINANCIAL, LLC, et al.,<br><br>    Defendants. | No. 2:18-cv-1795 KJM KJN<br><br><br>ORDER |

On August 23, 2018, the assigned District Judge referred this matter to the undersigned for a settlement conference. (ECF No. 11.) On November 30, 2018, the undersigned held an informal telephonic settlement conference with counsel for the parties. Attorney Heng Shi appeared telephonically on behalf of plaintiff and attorney Joshua Bryan appeared telephonically on behalf of defendant Ditech Financial, LLC.

Pursuant to the parties' discussion and agreement, IT IS HEREBY ORDERED that:

1. Defendant shall use all efforts to ensure that the pending December 4, 2018 foreclosure sale is vacated;

2. The parties shall file a settlement agreement in principle on or before November 30, 2018;

3. The parties shall file a final settlement agreement with all necessary motions on or before December 21, 2018;

1

4. If the parties fail to file a final settlement agreement, the parties and principals <u>shall appear in person</u> on **Friday, December 28, 2018,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

5. The November 15, 2018 settlement conference before the undersigned is vacated.

Dated: November 13, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\taber1795.set.ord

2